**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| COMPAGNIE SAHÈLIENNE D'ENTERPRISE,<br><br>                    Plaintiff,<br>          v.<br><br>REPUBLIC OF GUINEA,<br><br>                    Defendant. | C.A. No. 21-mc-530-MN |

<u>**WRIT OF ATTACHMENT *FIERI FACIAS***</u>

**TO THE U.S. MARSHALS SERVICE, YOU ARE COMMANDED:**

To serve this writ of attachment *fieri facias* on **Compagnie des Bauxites de Guinee ("CBG" or "Garnishee"), c/o its Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808,** to attach all goods, chattels, rights, credits, money, cryptocurrency, effects, or other property, including, without limitation, any undrawn fees or deposits, belonging or owing to Defendant and Judgment Debtor Republic of Guinea ("Guinea"), to satisfy the judgment owed to the above named Plaintiff and Judgment Creditor Companie Sahélienne D'Enterprise ("CSE") by Guinea in the amount of $8,326,254.54 plus interest and expenses, according to the judgment of the United States District Court of the District of Columbia, C.A. No. 20-1536 (TJK), which has been registered by the United States District Court for the District of Delaware in this proceeding.

**To the defendant's garnishee who is served this paper:**

The United States District Court for the District of Delaware requires, within 20 days after service of this process, that you serve upon **Travis S. Hunter of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, telephone 302-651-7700,** a verified answer, which shall specify what goods, chattels, rights, credits, money, cryptocurrency, effects, or other property, including, without limitation, any undrawn fees or deposits, belonging or owing to Defendant and Judgment Guinea you currently possess. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you in an amount equal to the value of the property subject to the attachment, or the amount of the judgment, whichever is less, with interest and costs. As the Garnishee, you are to retain the items stated by you in your answer. You are to hold these items until another order of this Court releases you from this obligation.

The amount of the judgment owed by Guinea is as follows:

| | |
|---|---|
| Principal: | $8,326,254.54 in damages |
| Interest: | $2,062,002.63 |
| Expenses for arbitration: | $541,450 |
| TOTAL: | $10,929,707.20 |

_____
Clerk of Court

Date Issued: _____          _____
Per Deputy

*By Attorneys: Travis S. Hunter (#5350), Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, 302-651-7700.*